AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**RODRIGUEZ SEEGERS     REGINALD BIZZELL**

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 22, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a High Point .380 caliber semi-automatic pistol and a Ministorm 9mm semi-automatic pistol and 9mm ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am __OFFICER JOSEPH BELLINO__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

Signature of Complainant
**OFFICER JOSEPH BELLINO**
**UNITED STATES PARK POLICE**

Sworn to before me and subscribed in my presence,

_____     at     __Washington, D.C.__
Date                                                                        City and State

_____                 _____
Name & Title of Judicial Officer                                   Signature of Judicial Officer

**STATEMENT OF FACTS**

      On Wednesday, November 22, 2006, at about 2:53 a.m., while monitoring a Prince George's County Police channel, a sworn officer with the United States Park Police heard a P.G. County officer say that six shots were fired from a gun at the Tradewinds Nightclub in Camp Springs, Maryland. A short time later the U.S. Park Police officer saw a white Buick traveling on the Suitland Parkway at a high rate of speed without its lights on. After seeing the driver commit several traffic violations, the officer attempted to conduct a traffic stop on Suitland Parkway at Branch Avenue. The driver, Rodriguez Seegers fled at a high rate of speed. The officer pursued the vehicle, and the vehicle came to a stop after the driver lost control of the car and crashed it into a tree at Southern Avenue and 6th Street, S.E., Washington, D.C. Defendant Seegers and defendant Bizzell (the front seat passenger) were the only two people in the car. Defendant Seegers exited the car, and grabbed his waistband area and ran away from the vehicle. When defendant Seegers started to run, the officer heard the sound of a large metal object hitting the sidewalk. Officers chased defendant Seegers, and stopped him. When the officer returned to the car, defendant Bizzell had already left. A lookout was given for defendant Bizzell. Officers recovered a High Point .380 caliber handgun in the area where defendant Seegers was observed grabbing his front waistband. Defendant Bizzell was observed a short time later, and stopped by officers. Defendant Bizzell was positively identified by officers as the front seat passenger of the car. A search of the car revealed defendant Bizzell's wallet and driver's license on the front passenger floorboard, and five spent shell casings with the passenger compartment of the Buick. Both defendants had paperwork and advertisements for the parties at the Tradewinds Nighclub in their possession. When the tow truck removed the Buick, officers recovered a Ministorm 9mm semi-automatic handgun on the ground. The 9mm handgun had one spent shell casing in the chamber and two rounds of 9mm ammunition in the magazine. Officers placed both defendants under arrest. To the best of the undersigned officer's knowledge, defendant Rodriguez Seegers has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. 1993-FEL-005027, and defendant Reginald Bizzell, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. 1996-FEL-005302. Before filing this complaint, the officer reviewed at least one computer print-out of the defendants' criminal histories and it showed that the defendants had been convicted of such crimes. He wrote his initials on the computer print-outs that he reviewed, so that he would recognize them again in the future. To the best of this officer's knowledge, no High Point .380 caliber handgun, Ministorm 9mm handgun nor ammunition is manufactured in the District of Columbia.

                                                                                             _____
                                                                                 OFFICER JOSEPH BELLINO
                                                                                 UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF NOVEMBER, 2006.

                                                                                _____
                                                                                 U.S. MAGISTRATE JUDGE