UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
            )  Crim. No. 06-366-02 (RWR)
     v.     )
Reginald Bizzell,     )
_____Defendant_____ )

MOTION TO SUPPRESS DEFENDANT'S STATEMENTS

  Defendant, through undersigned counsel Nathan I. Silver, appointed by this Court under the Criminal Justice Act, hereby moves to suppress defendant's out-of-court statements, made during interrogation following his arrest on Nov. 22, 2006.

  1. Defendant is charged with a single count[1] of Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year ("Felon in Possession"), in violation of Title 18 U.S.C. §922(g)(1).

  2. Defendant incorporates by reference ¶2(a) of codefendant Seegers's Motion to Suppress Evidence and Statements, previously filed, in support of defendant's contention that the police violated defendant's rights under the 5th and 6th Amendments to the United States Constitution in the questioning of defendant. Though a review of defendant's videotaped statement indicates facially that defendant was properly warned of his rights under *Miranda v. Arizona,* 384 U.S. 436 (1966) and its progeny, the belligerent, caustic, possibly mendacious manner in which the detective[2] questioned defendant produced involuntarily-made statements of doubtful reliability. *See Arizona v. Fulminante,* 499 U.S. 279 (1991); *Mincey v. Arizona,* 437 U.S. 385 (1978).

  WHEREFORE, defendant moves the Court to suppress defendant's statements.

---

[1] Count II of the indictment.
[2] The same detective, K.G. Hansen of U.S. Park Police, questioned both defendants.

Respectfully submitted,
/s/
Attorney for Reginald Bizzell
P.O. Box 5757
Bethesda MD 20824-5757
(301) 229-0189 (voice & fax)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Suppress Defendant's Statements has been served this 22nd day of January, 2007, upon Angela Hart-Edwards, Esq., assistant U.S. Attorney, Narcotic Crimes Section (U.S. District Court), U.S. Attorney's Office, 555 4th St. NW, Washington DC 20530, and upon all related parties by electronic transmission under the Electronic Court Filing system.
/s/
_____
*Nathan I. Silver*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                                           )           Crim. No. 06-366-02 (RWR)
                                           )
         versus                            )
                                           )
Reginald Bizzell,                          )
_____Defendant_____ )

ORDER

Upon good cause shown by defendant in his Motion to Suppress Defendant's Statements, and upon other evidence before the Court in the record of this case, it shall be and hereby is,

ORDERED, this \_\_\_\_\_ day of _____, 2007, that the so-described Motion is GRANTED, and it is further

ORDERED, that the government shall be prohibited from introducing defendant's statements into evidence in its case-in-chief, for impeachment of defendant, or in rebuttal.

_____
Hon. Richard W. Roberts
United States District Judge

cc:   Nathan I. Silver, Esq.
      P.O. Box 5757
      Bethesda MD 20824

      Angela Hart-Edwards
      United States Attorney's Office
      555 4th Street NW
      Washington DC 20530

      Jonathan Jeffress, Esq.
      Federal Public Defender
      625 Indiana Ave. NW – Suite 550
      Washington DC 20004