UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 06-cr-366-02 (RWR) |
| ) | |
| Reginald Bizzell, ) | |
| _____ *Defendant*_____ ) | |

MOTION TO SUPPRESS TANGIBLE EVIDENCE

Defendant, through undersigned counsel appointed under the Criminal Justice Act, hereby moves the Court to suppress all tangible evidence seized during a search of 300 Livingston Terrace, S.E., Apt. 102, Washington, D.C., which occurred on or about Nov. 28, 2006.

For purposes of this pleading, defendant incorporates by reference the Search Warrant and Application and Affidavit for Search Warrant in U.S. District Court criminal case no. 1:06-mj-00490 (AK). The return on the warrant shows that the police seized not only a firearm (viz., sawed-off shotgun) wrapped in a purple-colored Milwaukee Bucks basketball jersey, but also photographs, apparent drug paraphernalia (empty ziplocks), earplugs, and 30 grams of suspected marijuana.[1]

Further, defendant incorporates by reference his earlier filed Supplement to Defendant's Opposition to Government's Request to Introduce 404(b) Evidence ("Supplement").

Defendant files this separate Motion to Suppress Tangible Evidence because his opposition to 404(b) ("other crimes") evidence might be understood narrowly to be a motion *in limine* to prohibit the admission of the sawed-off shotgun and not comprehend

---

[1] *See* p. 6, United States' Omnibus Opposition to Defendants' Pretrial Motions. Some of the photos apparently depict defendant wearing the Bucks jersey and show defendant and codefendant Seegers together.

the other non-contraband items (photos, basketball jersey). At the risk of making confused a situation that needed no clarifying, defendant moves to suppress, on the constitutional grounds cited and argued in defendant's Supplement, *all* tangible evidence seized during the search of Apt. 102, 300 Livingston Terrace, S.E., on or about November 28, 2006.

WHEREFORE, defendant moves the Court to suppress all tangible evidence.

A proposed Order is attached.

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Reginald Bizzell
P.O. Box 5757
Bethesda MD 20824-5757
(301) 229-0189 (voice & fax)
email: NISquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Supplemental Pleading has been served via electronic transmission through ECF upon Angela Hart-Edwards, Esq., asst. U.S. Attorney, United States Attorney's Office for the District of Columbia, 555 4th St. NW, Washington DC 20530, and upon Jonathan Jeffress, Esq., Staff Attorney, Federal Public Defender, this 5th day of February, 2007.

_____
*Nathan I. Silver*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                                          )          Crim. No. 06-366-02 (RWR)
                                          )
         versus                           )
                                          )
Reginald Bizzell,                         )
_____Defendant_____ )

ORDER

Upon good cause shown by defendant in his Motion to Suppress Tangible Evidence, and upon other evidence before the Court in the record of this case, it shall be and hereby is,

ORDERED, this \_\_\_\_\_ day of _____, 2007, that the so-described Motion is GRANTED, and it is further

ORDERED, that the Government may not admit, in its case-in-chief, any and all tangible evidence which it obtained as the result of the execution of a search warrant on or about Nov. 28, 2006, for the premises described as 300 Livingston Terrace, S.E., Apt. 102, Washington, D.C.

_____
Hon. Richard W. Roberts
United States District Judge

cc:   Nathan I. Silver, Esq.
      P.O. Box 5757
      Bethesda MD 20824

      Angela Hart-Edwards
      United States Attorney's Office
      555 4th Street NW
      Washington DC 20530

Jonathan Jeffress, Esq.
Federal Public Defender
625 Indiana Ave. NW – Suite 550
Washington DC 20004