UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
              )   Crim. No. 06-366-02 (RWR)
     v.        )
Reginald Bizzell,        )
_____Defendant_____ )

SUPPLEMENTAL MOTION TO MODIFY CURFEW REQUIREMENT

  Defendant, through undersigned counsel Nathan I. Silver, appointed by this Court under the Criminal Justice Act, hereby moves the Court to modify defendant's curfew requirement under the Heightened Supervision Program ("HSP") of the U.S. Pretrial Services Agency ("PSA"). Defendant has obtained a job as a stock clerk for the Rite Aid company. He has brought this information to the attention of his case manager at PSA, David Cooper, who previously verified to the agency's satisfaction defendant's job offer with Acosta, a company that provides stocking and reshelving services to area Safeway Stores.[1] Defendant informs his counsel that the job with Rite Aid is full time, at least 40 hours a week, and that his employer needs him to work at least one night a week—from 12 a.m. to 8 a.m.—probably on Wednesdays.

  Mr. Cooper has previously said that he, as defendant's case manager, would require defendant to provide continuing documentation of defendant's actual work. Though he said that a nightly curfew was customary in the HSP, and work on "graveyard shifts" discouraged by HSP, Mr. Cooper has advised that in these circumstances he did not oppose the modification of the curfew requirement here as long as adequate controls were in place.

---

[1] That job is no longer available to defendant, owing to the continuing curfew requirement.

In the circumstances, defendant moves the Court to defer to the Pretrial Services Agency. Defendant proposes that, as a general rule, the 10 p.m. curfew remain in place but that Pretrial Services be given the authority, for it to apply in its discretion, to relax the curfew on that night or on those nights when defendant's employer requires defendant to work. PSA will be able to verify the job, its location and the defendant's work schedule. This arrangement will provide the measure of safety the curfew requirement is meant to provide. Vesting the authority in PSA will give the agency the flexibility it needs to administer the curfew without the cumbersome requirement that defendant submit to the Court a request for a curfew modification in the event that one is necessary for defendant to remain employed.

Defendant's counsel has spoken with asst. U.S. Attorney Angela Hart-Edwards today (Feb. 13, 2007) about this request. The government does **not** oppose this motion.

Defendant hereby withdraws his original Motion to Modify Curfew Requirement.

A proposed Order is attached.

WHEREFORE, defendant moves the Court to modify defendant's curfew.

Respectfully submitted,
/s/
Attorney for Reginald Bizzell
P.O. Box 5757
Bethesda MD 20824-5757
(301) 229-0189 (voice & fax)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Modify Defendant's Curfew has been served this 13th day of February, 2007, upon Angela Hart-Edwards, Esq., assistant U.S. Attorney, Narcotic Crimes Section (U.S. District Court), U.S. Attorney's Office, 555 4th St. NW, Washington DC 20530, and upon all related parties by electronic transmission under the Electronic Court Filing system.

/s/

_____
*Nathan I. Silver*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
              )  Crim. No. 06-366-02 (RWR)
              )
  versus        )
              )
Reginald Bizzell,       )
_____Defendant_____ )

ORDER

Upon good cause shown by defendant in his Superseding Motion to Modify Curfew Requirement, the lack of government opposition, and upon other evidence before the Court in the record of this case, it shall be and hereby is,

ORDERED, this \_\_\_\_\_ day of _____, 2007, that the so-described Motion is GRANTED, and it is further

ORDERED, that the defendant's curfew may be relaxed, in the discretion of the U.S. Pretrial Services Agency ("PSA"), to permit defendant to go to and from work at his employment documented by PSA on those occasions when defendant's employer requires him to work during the hours of 10 p.m. to 6 a.m., those now covered by defendant's curfew, and it is further

ORDERED, that defendant's curfew, except for the relaxation permitted in the previous paragraph of this Order, shall remain in effect.

                 _____
                 Hon. Richard W. Roberts
                 United States District Judge

cc:  Nathan I. Silver, Esq.
    P.O. Box 5757
    Bethesda MD 20824

    Angela Hart-Edwards

United States Attorney's Office
555 4th Street NW
Washington DC 20530

Jonathan Jeffress, Esq.
Federal Public Defender
625 Indiana Ave. NW – Suite 550
Washington DC 20004