UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-366 (RWR) |
| | : | |
| REGINALD BIZZELL, | : | |
| RODRIQUEZ SEEGERS, | : | |
| Defendants. | : | |
| _____ | : | |

GOVERNMENT'S MOTION TO CONTINUE
THE PRETRIAL HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests this Court to continue the March 9, 2007 suppression hearing.

1. On December 19, 2006, both defendants were indicted in different counts of the same indictment for Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title18, United States Code, Section 922(g)(1).  The speedy trial clock has been tolled by pending motions and there are thirty four days left after the motions filed in this case are resolved before the speedy trial act requires the government to try this case.

2. The government requests that the Court continue the pretrial hearing in this case from March 9, 2007 because government counsel will be in London, England during the week of March 5th.  The airline tickets purchased are non refundable.  Government counsel will return to the U.S.A. on March 11, 2007.

3. Government counsel has consulted with defense counsel about this request.  Neither counsel oppose this request and the parties respectfully propose the following dates as alternative dates for conducting the hearing provided the Court is available: March 1st at 2:00 or thereafter;

March 21st , 22nd, or 23rd, or right before the start of the trial of this matter by the visiting judge any day of the following week of March 26th. The parties are ready to proceed to trial immediately following the motions hearing.

4. The is the first government continuance.

Authority Fed. Crim. Pro. R. 47.

WHEREFORE, the United States respectfully requests that this Court continue the motion hearing and, if necessary, schedule a status hearing to select a date other than dates proposed in this motion.

Respectfully submitted,<br>
JEFFREY A. TAYLOR<br>
UNITED STATES ATTORNEY

_____
ANGELA HART-EDWARDS
Assistant United States Attorney
Bar No. 61468
Federal Major Crimes Section
555 4th Street, N.W. (Room 4241)
Washington, D.C. 20530
(202) 307-0031

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon the attorneys for the defendants, Jonathan Jeffress and Nathan Silver, Esquires this 13th day of February, 2007.

_____
Angela Hart-Edwards
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 06-366 (RWR)** |
| | : | |
| **REGINALD BIZZELL,** | : | |
| **RODRIQUEZ SEEGERS,** | : | |
| **Defendants.** | : | |
| | : | |

ORDER

This matter came before the Court on the Government's Motion to Continue the Pretrial Hearing.

Upon consideration of the Motion and the entire record herein, and upon a finding of good cause shown, it is hereby

ORDERED, this \_\_\_\_\_ day of February, 2007, that the Motion is GRANTED;

It is further ORDERED that the pretrial hearing has been rescheduled to _____ day of _____, 2007, and a there **will be a/will be no** Status Hearing on _____ day of _____ , 2007 in this case.

_____
DISTRICT COURT JUDGE R.W. ROBERTS