**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO.  06-366 (RWR)** |
| | **:** | |
| **REGINALD BIZZELL,** | **:** | |
| **Defendants.** | **:** | |
| _____ | **:** | |

UNITED STATES' RESPONSE TO
DEFENDANT BIZZELL'S MOTION TO LATE FILE MOTION TO
SUPPRESS EVIDENCE AND STATEMENTS

The United States, by and through its attorney, the United States Attorney's Office for the

District of Columbia hereby responds to defendant Bizzell's Motion to Late File Motion to

Suppress Evidence and Statements.  The government does not oppose defendant's motion to late

file his motion to suppress evidence and statements.  Should the Court grant defendant's motion

the government would request an opportunity to respond to the defendant's motion.  A proposed

order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610


By:    _____/s/_____
Angela Hart-Edwards
Assistant United States Attorney
PA Bar #61468
U.S. Attorney's Office
555 4th Street, N.W., Rm. 44241
Washington, D.C. 20530
(202) 307-0031

**<u>Certificate of Service</u>**

I hereby certify that a copy of the United States' Response to Defendant Bizzell's Motion to Suppress Statements and Evidence was served electronically upon counsel of record for defendants this 16th day of February, 2007.

_____
Angela Hart-Edwards
Assistant United States Attorney

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO.  06-366 (RWR)** |
| | **:** | |
| **REGINALD BIZZELL,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## <u>ORDER</u>

Upon consideration of the United States' Response to Defendant Bizzell's Motion to Late

File Motion to  Suppress Evidence and Statements, it is this _____ day of _____,

2007, hereby

**ORDERED** that the Defendant's Motion to Late File Motion to Suppress Evidence and

Statements is GRANTED DENIED;

**ORDERED** that the Defendant's Motion to Suppress Evidence and Statements must be

filed by _____ day of _____, 2007; and

**ORDERED** that the United States' Opposition to Defendant's Motion to Suppress

Evidence and Statements must be filed by _____ day of _____, 2007.


_____
Richard W. ROBERTS
United States District Judge



Copies to counsel of record