UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | Crim. No. 06-366-02 (RWR) |
| ) | |
| versus ) | **FILED** |
| ) | |
| Reginald Bizzell, ) | FEB 2 0 2007 |
| _____Defendant_____ ) | |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

ORDER

Upon good cause shown by defendant in his Superseding Motion to Modify Curfew Requirement, the lack of government opposition, and upon other evidence before the Court in the record of this case, it shall be and hereby is,

ORDERED, this 16th day of February, 2007, that the so-described Motion is GRANTED, and it is further

ORDERED, that the defendant's curfew may be relaxed, in the discretion of the U.S. Pretrial Services Agency ("PSA"), to permit defendant to go to and from work at his employment documented by PSA on those occasions when defendant's employer requires him to work during the hours of 10 p.m. to 6 a.m., those now covered by defendant's curfew, and it is further

ORDERED, that defendant's curfew, except for the relaxation permitted in the previous paragraph of this Order, shall remain in effect.

_____
Hon. Richard W. Roberts
United States District Judge

cc:   Nathan I. Silver, Esq.
      P.O. Box 5757
      Bethesda MD 20824

      Angela Hart-Edwards