UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-366 (RWR) |
| | : | |
| REGINALD BIZZELL, | : | |
| | : | |
| Defendants. | : | |

**FILED**
FEB 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the United States' Response to Defendant Bizzell's Motion to Late File Motion to Suppress Evidence and Statements, it is this 16th day of February, 2007, hereby

~~ORDERED that the Defendant's Motion to Late File Motion to Suppress Evidence and Statements is GRANTED DENIED;~~

~~ORDERED that the Defendant's Motion to Suppress Evidence and Statements must be filed by _____ day of _____, 2007; and~~

**ORDERED** that the United States' Opposition to Defendant's Motion to Suppress Evidence and Statements must be filed by 26th day of February, 2007.

_____
Richard W. ROBERTS
United States District Judge

Copies to counsel of record