UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____

)  Crim. No. 06-366-02 (RBW)
)
versus                                                  )
)
Reginald Bizzell,                                   )
_____Defendant_____)

**PROPOSED VOIR DIRE**

      Defendant, through undersigned counsel appointed under the Criminal Justice Act, hereby submits proposed *voir dire* for the Court to employ in the jury selection process.

      1. The defendants were arrested by the United States Park Police in the early morning hours on November 22, 2006 near the intersection of Southern Ave. and Sixth Street, S.E., in the District of Columbia. They were charged with violations of the federal firearms law. Is there any member of the jury who believes he or she has heard or read about this case, either in newspapers, on television or radio, on the internet or elsewhere?

      2. Does any member of the juror panel live or work near the intersection of Southern Ave. and Sixth Street, S.E.?

      3. I am United States District Judge Reggie B. Walton. I will preside over the trial of this case. Does any member of the jury panel believe he or she knows me? I recently presided over the trial and sentencing of I. Lewis Libby, "Scooter" Libby. Has any one on the jury panel read or heard anything about me from that case that the juror believes might affect his or her ability to be fair and impartial in this case?

      4. Defendant Reginald Bizzell lives in Washington, D.C.. He is represented by attorney Nathan I. Silver. The government is represented by assistant U.S. Attorney

Angela Hart-Edwards. Does any member of the jury believe he or she knows Mr. Bizzell, Mr. Silver, or Ms. Hart-Edwards?

4(a). Does any member of the jury panel believe that he or she knows another member of the jury panel? Would the presence of that person on the jury make it difficult for the juror to be fair in this case?

5. The defendants in this case have been charged by indictment with the offense of Possession of a Firearm after Conviction of a Crime Punishable by more than One Year in Prison. An indictment itself is not evidence. It is merely the formal way of charging an individual and bringing him or her to trial. Moreover, in every criminal trial a defendant is presumed innocent. Does any member of the panel believe that the fact of the indictment would make it difficult to be a fair and impartial juror in this case?

6. In this case, the government is required to prove beyond a reasonable doubt that Mr. Bizzell was previously convicted of a crime. The juror may not use evidence of a previous conviction as evidence that an individual committed a crime. Does any member of the panel believe that he or she would not be able to follow my instruction that evidence of a previous conviction is not substantive evidence of the crime of possession of a firearm?

7. This case involves allegations that Mr. Bizzell and his codefendant, Rodriguez Seegars, each possessed a firearm. Does any member of the jury panel have feelings about either firearms themselves or the laws regulating firearms that he or she would find it difficult to be fair and impartial in this case?

8. Has any member of the jury panel served as a grand juror? The role of a grand jury is merely to determine if there is probable cause to believe that an individual has

committed a crime. Does any member of the panel who has previously served as a grand juror believe that that experience would make it difficult for him or her to be fair and impartial in this case?

    9. Has any member of the panel served as a trial juror? Is there anything about that experience that would make it difficult for the member to be a fair and impartial juror in this case?

    10. Is any member of the jury panel, or a close friend or family member, a lawyer, or have graduated from law school or taken courses in law school? Has any member of the panel, a close friend or family member taken law courses outside of a law school – in college or high school, for example? Of those persons answering yes, does any such panel member believe it would be difficult for him or her to follow the law as I instruct and then apply it to this case?

    12. Is any member of the panel, or close friend or family member, employed or have been employed previously in law enforcement? By law enforcement, I mean Metropolitan Police, other local or state police, FBI, DEA, U.S. Park Police, U.S. Capitol Police, U.S. Secret Service, military police, special police, security officers, Customs and Immigration Enforcement, and other organizations. It can also mean as a prosecutor, at the federal, state or local level.

    13. Is any member of the panel, or a close friend or family member, active with a community or neighborhood crime watch organization?

    14. Has any member of the jury panel, or a close friend or family member, in the past ten years, been charged with a crime, been the victim of a crime, or been a witness to a crime?

15. Has any member of the jury panel, or a close friend or family member, ever been charged with, the victim of or a witness to a crime involving a firearm?

16. Does any member of the jury panel have any beliefs of a religious or philosophical nature that would make it difficult to sit as a juror in this case?

17. Does any member of the jury panel have any physical condition or impairment that would make it difficult to sit as a juror in this case?

18. The parties anticipate that the trial of this case will take about three days and conclude this week. Does any member of the jury panel believe that it would be a hardship to serve as a juror in this case? Hardship reasons might include extraordinary work commitments; travel plans with non-refundable tickets or committed leave time that cannot be altered and rescheduled, and planned medical appointments or surgical procedures.

19. Is there any other reason, something that I haven't touched on, but that concerns the juror, that would make it difficult for any person to serve as a juror in this case?

This pleading is,

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Reginald Bizzell
P.O. Box 5757
Bethesda MD 20824
(301) 229-0189 (voice & fax)
email: NISquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served this 18th day of June, 2007, upon Angela Hart-Edwards, Esq., Federal Major Crimes, U.S. Attorney's Office, 555 4th Street NW, Washington DC 20530, and upon

Jonathan Jeffress, Esq., staff attorney, Federal Public Defender, 625 Indiana Ave. NW, Washington DC 20004, this 18th day of June 2007 by electronic transmission.

                                                              _____
                                                              *Nathan I. Silver*