**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**JUN 22 2007**

UNITED STATES OF AMERICA          :
                                  :
v.                                :   CRIMINAL NO. 06-366 (~~RWR~~) RBW
                                  :
RODRIGUEZ SEEGERS                 :
REGINALD BIZZELL,                 :
                                  :
        Defendants.               :
_____:

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the United States' Motion for Leave to Late File Its Proposed Statement of Case, Jury Instructions, and Voir Dire Questions and there being no objection from the defense;

it is this 22nd day of June, 2007, hereby

**ORDERED** the Government's Motion for Leave to Late File Its Proposed Statement of Case, Jury Instructions, and Voir Dire Questions is GRANTED

_____
R.B. Walton
United States District Court Judge for the District of Columbia

Copies to counsel of record