UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                )   Crim. No. 06-366-02 (RBW)
                )
   versus         )
                )
Reginald Bizzell,        )
_____Defendant_____)

**SUPPLEMENTAL PROPOSED VOIR DIRE**

  Defendant, through undersigned counsel appointed under the Criminal Justice Act, hereby proposes the following revision of the Court's Voir Dire Question No. 6 for use in the jury selection process:

  "You will hear during the trial, if you are selected as a juror, allegations that Mr. Seegers and Mr. Bizzell each possessed firearms and, additionally, that Mr. Bizzell possessed ammunition.  Does any member of the jury panel have such strong feelings about firearms and ammunition, or about the laws regarding them, that it would be difficult for that person to sit as a fair and impartial juror in this case?  Would the mere allegations that defendant possessed firearms make it difficult for a jury panel member to be fair and impartial in this case?"

  This pleading is,

           Respectfully submitted,

           NATHAN I. SILVER/#944314
           Attorney for Reginald Bizzell
           P.O. Box 5757
           Bethesda MD 20824
           (301) 229-0189 (voice & fax)
           email: NISquire@aol.com

           CERTIFICATE OF SERVICE

6

      I HEREBY CERTIFY that a copy of the foregoing pleading has been served this 16th day of July, 2007, upon Angela Hart-Edwards, Esq., Federal Major Crimes, U.S. Attorney's Office, 555 4th Street NW, Washington DC 20530, and upon Jonathan Jeffress, Esq., staff attorney, Federal Public Defender, 625 Indiana Ave. NW, Washington DC 20004, by electronic transmission.

_____
*Nathan I. Silver*

Case 1:06-cr-00366-RBW   Document 51   Filed 07/16/2007   Page 2 of 2

6