UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
)  Crim. No. 06-366-02 (RBW)
)
versus )
)
Reginald Bizzell, )
_____Defendant_____)

**MOTION TO ADOPT AND CONFORM TO
DEFENDANT RODRIGUEZ SEEGERS'S MOTION
TO EXCLUDE USE OF PRIOR CONVICTIONS
PURSUANT TO FEDERAL RULE OF EVIDENCE 609
("609 MOTION")**

Defendant, through undersigned counsel appointed under the Criminal Justice Act, moves the Court to permit him to adopt and conform to defendant Seegers's 609 Motion, subject to the limitations presented below:

1. Defendant was previously convicted in 1998 in D.C. Superior Court of the crimes of Conspiracy and Second Degree Murder. These convictions are within the 10 year period which Rule 609 contemplates. The government seeks to introduce these convictions as impeachment evidence in the event defendant elects to testify at trial.

2. Defendant opposes the government's use of these convictions for impeachment.

3. Defendant adopts Mr. Seegers's 609 Motion for the following reasons: (a) the prejudicial effect of the evidence outweighs its probative value, largely because of the nature of the offenses, and (b) the prior convictions do not involve dishonesty or a false statement, since they were based on crimes of violence. *See Gordon v. United States,* 383 F.2d 936, 940 (D.C. Cir. 1968), quoted and cited in Mr. Seegers's 609 Motion, p. 2.

5

Inasmuch as there is value in the jury hearing the defendant's version of events and that, in the absence of defendant's testimony, the jury will learn of defendant's previous conviction for a crime punishable by more than one year imprisonment, no interest is served by permitting the government to impeach defendant with the offenses themselves. Therefore, defendant moves the Court to permit him to adopt and conform to defendant Seegers's 609 Motion and attaches a proposed Order.

This pleading is,

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Reginald Bizzell
P.O. Box 5757
Bethesda MD 20824
(301) 229-0189 (voice & fax)
email: NISquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served this 16th day of July, 2007, upon Angela Hart-Edwards, Esq., Federal Major Crimes, U.S. Attorney's Office, 555 4th Street NW, Washington DC 20530, and upon Jonathan Jeffress, Esq., staff attorney, Federal Public Defender, 625 Indiana Ave. NW, Washington DC 20004, by electronic transmission.

_____
*Nathan I. Silver*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                                              )      Crim. No. 06-366-02 (RBW)
                                              )
          versus                              )
                                              )
Reginald Bizzell,                             )
_____Defendant_____)

ORDER

Upon consideration of the government's Notice to Impeach Defendant with Prior Convictions, and upon good cause shown in defendant's Motion to Adopt and Conform to Defendant Rodriguez Seegers's Motion to Exclude Use of Prior Convictions Pursuant to Federal Rule of Evidence 609 ("609 Motion") and upon other evidence in the record of this case, it shall be and hereby is,

**ORDERED**, that defendant's Motion to Adopt and Conform to defendant Seegers's 609 Motion is hereby **GRANTED**, and it is further

**ORDERED**, that the government is prohibited from using for purposes of impeachment defendant's prior convictions for the offenses of Conspiracy and Murder Second Degree.

_____
Hon. Reggie B. Walton
United States District Judge

Date: